BENJAMIN B. DOUGLAS, Appellant, v. ED WELLESTAT, INC., Respondent, et al., Defendants.—

Munder, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.

MARTHA GONZALEZ, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.